ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Michael Puckett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL PUCKETT,<br><br>　　　　　Defendant | Case No.: CR 13-00006-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Michael Puckett to attend the high school graduation of the daughter of his significant other on the evening of June 3, 2013.  Currently, Mr. Puckett's release conditions impose a curfew after 7 pm at night and before 7 am.  Docket 170.  The parties request that his curfew for June 3, 2013, only be extended to 9 pm.

The parties have agreed to a plea agreement in principle in this case, and Mr. Puckett is scheduled to change his plea on June 4, 2013.

Dated:   Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MICHAEL PUCKETT

MELINDA L. HAAG
US ATTORNEY

//s//

RANDALL LUSKEY
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: May 30, 2013

_____
HON. LAUREL BEELER
US MAGISTRATE JUDGE